CHARLES McMANUS, an Infant, by ALICE McMANUS, His Guardian ad Litem, Respondent, *v.* ST. REGIS PAPER COMPANY, Appellant.

*McManus* v. *St. Regis Paper Co.*, 112 App. Div. 903, affirmed.
(Argued February 26, 1907; decided March 12, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 28, 1906, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been caused by defendant's negligence.

*Henry Purcell* for appellant.

*N. F. Breen* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and WILLARD BARTLETT, JJ. Not sitting: HISCOCK, J.